## Insurance Company of North America v. Rosenberg.

### Home Insurance Company v. Rosenberg.

### Henry Clay Insurance Company v. Rosenberg (Two Cases).

### Royal Insurance Company v. Rosenberg.

### Glens Falls Insurance Company v. Rosenberg.

### Security Insurance Company v. Rosenberg.

### National Underwriters Fire Insurance Company v. Rosenberg.

### Mercantile Insurance Company v. Rosenberg.

### Glens Falls Insurance Company v. Rosenberg.

### Boston Insurance Company v. Rosenberg.

### National Fire Insurance Company v. Rosenberg.

### London & Lancashire Insurance Company v. Rosenberg

### Great American Insurance Company v. Rosenberg.

### Atlas Assurance Company v. Rosenberg.

### London Assurance Company v. Rosenberg.

### Northwestern National Insurance Company v. Rosenberg.

(Decided October 31, 1930.)

HARMON, COLSTON, GOLDSMITH & HOADLY and GALVIN & TRACY for appellants.

M. H. McLEAN for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Affirming.

The appellants in the above-styled cases heretofore moved this court to consolidate them for hearing, the result to abide the final decision and opinion of this court in the case of Security Insurance Co. v. Stella Marx

774

Rosenberg. That motion was, when made, sustained. The case of Security Insurance Co. v. Stella Marx Rosenberg having now been finally decided in favor of the appellee in that appellee, 235 Ky. 419, 31 S. W. (2d) 625, the judgment therefore in each of the above appeals is affirmed.